**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:17-cr-31 |
| | ) | |
| v. | ) | District Judge Harry S. Mattice |
| | ) | |
| MARTIN DREW MCFARLANE | ) | Magistrate Judge Christopher H. Steger |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 30] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the two count Indictment; (2) accept Defendant's guilty plea to Count One of the two count Indictment; (3) adjudicate Defendant guilty of Transportation of Child Pornography, in violation of 18 United States Code § 2552A(a)(1) and (2); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 9] until sentencing in this matter. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 30] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the two count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Transportation of Child Pornography, in violation of 18 United States Code § 2552A(a)(1) and (2); and

4.  Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 9] until sentencing in this matter which is scheduled to take place on **March 26, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE